**UNITED STATES of America,
Plaintiff–Appellee**

v.

**Eric L. SMITH, Defendant–Appellant.**

**No. 13–3520.**

United States Court of Appeals,
Eighth Circuit.

Submitted: April 18, 2014.

Filed: April 29, 2014.

Larry C. Pace, Asst. Fed. Public Defender, Kansas City, MO (Stephen C. Moss, Acting Fed. Public Defender, on the brief), for appellant.

Christina Y. Tabor, Asst. U.S. Atty., Kansas City, MO (Tammy Dickinson, U.S. Atty., on the brief), for appellee.

Before RILEY, Chief Judge, BENTON and KELLY, Circuit Judges.

PER CURIAM.

A jury convicted Eric L. Smith of attempted armed bank robbery, in violation

---

1. The Honorable D.P. Marshall Jr., United States District Judge for the Eastern District of Arkansas.

of 18 U.S.C. § 2113(a), (d); use of a firearm during a crime of violence, in violation of 18 U.S.C. § 924(c)(1)(A)(iii); and being a felon in possession of a firearm, in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(2). The district court[1] sentenced him to 382 months in prison, followed by three years of supervised release.

Smith appeals, challenging the sufficiency of the evidence to support his conviction. He specifically attacks the positive identification by a bank guard. Viewing the evidence most favorably to the jury's verdict, we conclude it is sufficient. *See United States v. Vega,* 676 F.3d 708, 721 (8th Cir.2012) (standard of review). The judgment of the district court is affirmed. *See* 8th Cir. R. 47B.

---

1. The Honorable Beth Phillips, United States District Judge for the Western District of Missouri.